IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK BO JACKSON,

    Petitioner,

v.

WARDEN CYNTHIA NELSON,

    Respondent.

CIVIL ACTION NO.: 4:22-cv-250

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 9, 2022, Report and Recommendation, (doc. 9), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion.[1] Petitioner's Motion to Proceed in forma pauperis is **DENIED**. (Doc. 7.). Pursuant to the Court's Local Rules, Petitioner is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id.

    **SO ORDERED**, this 16th day of December, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Report and Recommendation recites, in an apparent typographical or clerical error, that the "Petition was transferred from the Northern District of Georgia." Doc. 9 at 1. The Petition was transferred from the Middle District of Georgia. See doc. 3. Since the error does not affect the disposition of the recommendation, the Report and Recommendation is modified to reflect the correct transferor district. See 28 U.S.C. § 636(b) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").