**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

RODERICK BO JACKSON,

               Petitioner,

      v.

WARDEN CYNTHIA NELSON,

               Respondent.

CIVIL ACTION NO.: 4:22-cv-250

**O R D E R**

Before the Court is the Magistrate Judge's March 17, 2023 Report and Recommendation, (doc. 15), to which no objections have been filed.   After a careful de novo review, the Court agrees with the Magistrate Judge's recommendation.   The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 15), as the opinion of the Court and **DISMISSES without prejudice** Petitioner's Petition for Writ of Habeas Corpus, (doc. 1), as unexhausted.

Applying the Certificate of Appealability (COA) standards, which are set forth in <u>Brown v. United States</u>, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); <u>see</u> <u>Alexander v. Johnson</u>, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, *in forma pauperis* status on appeal is likewise **DENIED**.   28 U.S.C. § 1915(a)(3).   The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 20th day of April, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA