AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODERICK BO JACKSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-250

WARDEN CYNTHIA NELSON,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the order dated April 20, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Petitioner's petition for writ of habeas corpus is dismissed without prejudice. Petitioner is denied a Certificate of Appealability and is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

| April 26, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |

GAS Rev 10/2020